United States Courts Of The Western District Of Oklahoma

Plaintiff

Ni'Cois M Smith

Vs Defendant

State Of Oklahoma

**FILED**
FEB 26 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Case No. CIV-19-187-R

## Writ Of Habeous Corpus

On the behalf of my well-being I'm writing this writ of habeous corpus because the Cruel and Unusual Punishment that has been being Dished out amongst my stay In Oklahoma County Detention officers that I truely Know Knowingly and Willingly Put together a Premeditated Assualt Against Me by passing Sedation Meds and Anistesics and or tranquilizers Then neglected and violated there oath by not following proper agenda of investigating the Assualts of not only me even other inmates sending instruction of Assualt and or passing Dangerous contraband such as those Tranquilizers and sedation products Knowing they have been preforming surgical operations or inserting medical devices by thee way of instructing through the tablets or simalar devices serious as the type surgery's Done to

the woman whom had a brain surgery from her growing up to her brain brain stem and whatever surgeries that can be done through the mouth or rectum I've Been on the cells and Pods 2014 10D19 2C6 8A6 8032 which I signed for County time and I was placed around the inmates going to prison which I dont know if thats were they place inmates on or serving County time I know if you check the camera review and or reports on the criminal crime tip hotline 8032 is the cell I'm in Now although upon affiliation amongst the 24karat and Grapestreet Crips I was Taken off 24karat by Grapestreet Crips and 24karat when staying at 1646 westwood ave it should be in Faith Mahon moving reports Although one of the members whom assualted me was a white boy from 24karat or Grapestreet So upon the Event of The Cruel and Unusual Punishment being dished Out by the Detention officers you should check that Event as of Family members of those Members Due to me knowing Some of the 24karats are Informants involved with Aryans and IBH members Due to Certain Family of Members Of the 24karats Crips and Grapestreet Crips Whom Put Me Off